## SPENCER AUTO COMPANY v. BURKS.

[No. 11,618. Filed June 1, 1923. Rehearing denied October 26 1923.]

From Greene Circuit Court; *Thomas VanBuskirk,* Judge.

Action between the Spencer Auto Company and Elmer Burks From the judgment rendered, the former appeals. *Affirmed.*

*William L. Slinkard,* for appellant.
*Guy H. Humphreys,* for appellee.

PER CURIAM.—Affirmed on authority of *Turk* v. *Carnahan* (1900), 25 Ind. App. 125, 57 N. E. 729, 81 Am. St. 85.

---

## RICHARDSON v. SPURLOCK.

[No. 11,471. Filed November 23, 1923.]

From Henry Circuit Court; *Fred C. Gause,* Judge.

Action between Jesse J. Richardson and Robert R. Spurlock. From a judgment for the latter, the former appeals. *Affirmed.*

*A. C. Lindemuth,* for appellant.
*Rochford, Wall & Rochford* and *Elias D. Salisbury,* for appellee.

REMY, J.—The Supreme Court in the case of *Yarlott* v. *Brown* (1923), 192 Ind. 648, 138 N. E. 17, has decided, adversely to appellant's contention, the only question involved in this appeal, and on authority of that case the judgment is affirmed. The death of appellee having been suggested, the affirmance of the judgment is as of the date of submission.